■ WILLIAMS REAL ESTATE CO., INC., Respondent, v GORBRE REALTY CORP., Appellant. — Order, Supreme Court, New York County (Alfred Ascione, J.), entered on October 3, 1983, unanimously affirmed for the reasons stated by A. Ascione, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sullivan, Asch, Bloom and Milonas, JJ.